JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON THWEATT AND BARBARA THWEATT, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N/A, F/K/A COUNTRYWIDE, et al., <br><br> Defendants. | Case No. EDCV 13-01848-VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 7, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge